Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KEVIN STOLTZ,<br><br>               Defendant. | No. 3:24-cr-05030-RAJ<br><br>ORDER |

THIS MATTER comes before the court upon Defendant Kevin Stoltz's Motion for Temporary Release to Obtain Dental Care (Dkt. 27). The Court having considered Defendant's motion, the Government's opposition, the Defendant's reply, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion for Temporary Release (Dkt. 27 ) is DENIED.

DATED this 20th day of June, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1