The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN STOLTZ,<br><br>Defendant. | NO. 3:24-cr-05030-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL EXHIBITS |

Having considered the Government's Motion to Seal, and because of the sensitive information contained in Exhibits A through S of the Government's Restitution Memorandum,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. 47) is GRANTED. Exhibits A through S of the Government's Restitution Memorandum shall remain sealed.

DATED this 14th day of November, 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Stoltz* / 3:24-cr-05030 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970