Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 3:24-cr-05030-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER ON RESTITUTION |
| KEVIN STOLTZ, | |
| Defendant. | |

The Court has considered the Restitution Memos filed by the Government (Dkt. 46) and the Defense (Dkt. 49). The Court finds the reasoning contained in the Defense briefing (Docket 49) persuasive. Accordingly, the Court awards restitution as follows, with interest to be waived on these payments.

| Series | Restitution Award |
|---|---|
| 8Kids3 | $3,000.00 |
| 8KidsIV | $3,000.00 |
| 8KidsV | $3,000.00 |

ORDER ON RESTITUTION - 1

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

| Series | Restitution Award |
|---|---|
| Sweet White Sugar "Pia" | $3,000.00 |
| Jester "Dipper" | $3,000.00 |
| Lighthouse1 | $3,000.00 |
| SurferHair "Jessy" | $3,000.00 |
| Jenny | $3,000.00 |
| Teal&PinkPrincess2 "Raven" | $3,000.00 |
| ZooFamily1 "Ali" | $3,000.00 |
| Chelsea 2 crazygurls | $3,000.00 |
| AprilBlonde | $3,000.00 |
| PD11 | $3,000.00 |
| Ashley-081 "LL" | $3,000.00 |
| Sparkling Velvet | $3,000.00 |
| HG1 Eliza | $3,000.00 |
| Vicky "Lily" | $3,000.00 |
| BestNecklace | $3,000.00 |
| Tara "Sloane" | $3,000.00 |

///

///

///

///

IT IS FURTHER ORDERED that the Government work with U.S. Probation to prepare an amended judgement effectuating this Order and submit that document to the Court for review and approval.

DATED this 16th day of December, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge